IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
    Plaintiff,

vs.                            3:07cr50/MCR

**OLVIN FERNANDO VELASQUEZ,**
    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

    Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the defendant, OLVIN FERNANDO VELASQUEZ, to the indictment returned against him is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

    DONE AND ORDERED this 26th day of March, 2007.

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS**
                            **UNITED STATES DISTRICT JUDGE**